UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-62536-BLOOM/Valle

CHRISTINE FORDE,

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY
INS. CO.,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to the Court's Order GRANTING the Defendant's Motion to Dismiss, ECF No. [32], this action is dismissed with prejudice, and Plaintiff shall take nothing by her Complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 21, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record